NH

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Beth Sarah Akinyi,<br>Petitioner,<br>v.<br>Eric Rokosky,<br>Respondent. | No. CV-26-07599-PHX-KML<br><br>**ORDER** |

Petitioner filed this action under 28 U.S.C. § 2241 challenging her immigration detention but did not pay the $5.00 filing fee or file an Application to Proceed In Forma Pauperis. The Clerk of Court issued the Notice of General Order 26-09 and Standard Schedule, which sets forth the deadlines for Respondent to show cause why the Petition should not be granted and for Petitioner to reply. The Court will give Petitioner an opportunity to either pay the filing fee or file an Application to Proceed In Forma Pauperis.

## I. Filing Fee or Application to Proceed In Forma Pauperis

Rule 3.5(a) of the Local Rules of Civil Procedure requires applications to proceed in forma pauperis to be "signed and legibly written or typewritten on forms approved by the Court and in accordance with the instructions provided with the forms, unless the Court finds that the petition or motion is understandable and that it conforms with federal and local requirements for such actions."

Petitioner has not paid the $5.00 filing fee or filed an Application to Proceed In Forma Pauperis on the court-approved form. The Court will give Petitioner 30 days from

the date this Order is filed to either pay the $5.00 filing fee or file a complete Application to Proceed In Forma Pauperis using the form included with this Order.

## II. Warnings

### A. Address Changes

Petitioner must file and serve a notice of a change of address in accordance with Rule 83.3(d) of the Local Rules of Civil Procedure. Petitioner must not include a motion for other relief with a notice of change of address. Failure to comply may result in dismissal of this action.

### B. Copies

Petitioner must serve Respondents, or counsel if an appearance has been entered, a copy of every document she files. Fed. R. Civ. P. 5(a). Each filing must include a certificate stating that a copy of the filing was served. Fed. R. Civ. P. 5(d). Also, Petitioner must submit an additional copy of every filing for use by the Court. LRCiv 5.4. Failure to comply may result in the filing being stricken without further notice to Petitioner.

### C. Possible Dismissal

If Petitioner fails to timely comply with every provision of this Order, including these warnings, the Court may dismiss this action without further notice. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (a district court may dismiss an action for failure to comply with any order of the Court).

**IT IS ORDERED:**

(1) Within **30 days** of the date this Order is filed, Petitioner must either pay the $5.00 filing fee **or** file a complete Application to Proceed In Forma Pauperis.

(2) If Petitioner fails to either pay the $5.00 filing fee or file a complete Application to Proceed In Forma Pauperis within 30 days, the Clerk of Court must enter a judgment of dismissal of this action without prejudice and without further notice to Petitioner and deny any pending unrelated motions as moot.

. . . .

. . . .

(3) The Clerk of Court must mail Petitioner a court-approved form for filing an Application to Proceed In Forma Pauperis (Immigration Habeas).

Dated this 19th day of October, 2026.

**Honorable Krissa M. Lanham**
**United States District Judge**

______________________________
Name and A-Number

______________________________
Place of Detention

______________________________
Mailing Address

______________________________
City, State, Zip Code

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

______________________________ ,

Petitioner,

v.

______________________________ ,

Respondent(s).

**CASE NO.** ______________________________

**APPLICATION TO PROCEED IN FORMA PAUPERIS**

**(IMMIGRATION HABEAS)**

I, ______________________________, declare, in support of my request to proceed in the above-entitled case without prepayment of fees under 28 U.S.C. § 1915, that I am unable to pay the fees for these proceedings or to give security therefor and that I believe I am entitled to relief.

In support of this application, I answer the following questions under penalty of perjury:

1. What is the current balance in your detainee trust account (if you have one)?______________________

2. Are you currently employed at the institution where you are confined? ☐Yes ☐No
   If "Yes," state the amount of your pay and where you work. ______________________________
   ______________________________________________________________
   ______________________________________________________________

3. Do you receive any other payments from the institution where you are confined? ☐Yes ☐No
If "Yes," state the source and amount of the payments. ______________________________
______________________________________________________________________
______________________________________________________________________

4. Do you have any other sources of income, savings, or assets either inside or outside of the institution where you are confined? ☐Yes ☐No
If "Yes," state the sources and amounts of the income, savings, or assets. ____________________
______________________________________________________________________
______________________________________________________________________

I declare under penalty of perjury that the above information is true and correct.

______________________ ______________________________
DATE SIGNATURE OF APPLICANT